LEE FLAKE v. THE HIGH POINT PERPETUAL BUILDING AND LOAN ASSOCIATION ET AL.

(Filed 10 May, 1933.)

**Mortgages H p—**

> Where a mortgagee has received the surplus after foreclosure and has rented the land from the purchaser, any rights he may have on account of alleged wrongful foreclosure are waived by ratification.

APPEAL by plaintiff from *Stack, J.,* at January Term, 1933, of GUILFORD.

Civil action to recover damages for alleged wrongful foreclosure of deed of trust on plaintiff's land.

From a judgment of nonsuit entered at the close of the evidence, the plaintiff appeals, assigning errors.

*Garland B. Daniel, S. G. Daniel and George A. Younce for plaintiff.*
*Dalton & Pickens for defendants, High Point Perpetual Building and Loan Association and V. A. J. Idol, trustee.*
*Walter E. Crissman for defendant, G. Edwin Hedrick.*

PER CURIAM. The plaintiff has received benefit of the surplus proceeds derived from the sale of the property, and voluntarily rented the premises from the purchaser, hence, it would seem that any rights he may have had on account of the alleged wrongful foreclosure have been waived by his ratification.

Affirmed.